IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER J. KLEMENT, | No. 4:20-CV-01626 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SGT. BENJAMIN EYER, *et al.*, | |
| Defendants. | |

**ORDER**

**APRIL 23, 2021**

Upon consideration of Defendants' answer[1], filed on October 1, 2020, **IT IS ORDERED** that:

1. The pre-trial schedule in the above-captioned case shall be as follows:

   a. Discovery shall be completed on or before May 3, 2021. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

   b. Dispositive motions shall be filed on or before June 1, 2021.

   c. Scheduling of a final pre-trial conference and the trial date is deferred pending disposition of dispositive motions.

2. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

---

[1] Doc. 10.

3. No extensions of the pre-trial schedule shall be granted absent good cause. <u>See</u> Fed. R. Civ. P. 16(b).

                    BY THE COURT:

<u>*s/ Matthew W. Brann*</u>
Matthew W. Brann
United States District Judge