**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER J. KLEMENT,

       Plaintiff,

     v.

SGT. BENJAMIN EYER, *et al.*,

       Defendants.

No. 4:20-CV-1626

(Chief Judge Brann)

## ORDER

### OCTOBER 12, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a Court order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.  28 U.S.C. § 1915(a)(3).

       BY THE COURT:

       *s/ Matthew W. Brann*
       Matthew W. Brann
       Chief United States District Judge